UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MONICA HELM

VERSUS

EASTGATE ASSOCIATES ET AL

CIVIL ACTION NO. 25-cv-2036

JUDGE S. MAURICE HICKS, JR.

MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiff Monica Helm filed a Diversity Jurisdiction Disclosure Statement (Doc. 22) and alleged that she is "an individual and resident of the State of Louisiana." It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). A person may reside in multiple states simultaneously, but "[a]n individual who resides in more than one State is regarded, for purposes of federal subject-matter (diversity) jurisdiction, as a citizen of but one State." Wachovia Bank v. Schmidt, 126 S. Ct. 941, 951 (2006). That is the state in which the person is domiciled. Id.; Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 451 (5th Cir. 2003).

Plaintiff must file, no later than **April 9, 2026**, an amended Diversity Jurisdiction Disclosure Statement that specifically alleges the state in which she is domiciled.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of April, 2026.



Mark L. Hornsby
**U.S. Magistrate Judge**